# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSTER, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-0222 JLT BAM<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 9, 2023<br><br>(Doc. 30) |

On January 9, 2023, the Court ordered Plaintiff to show cause why sanctions should not be imposed for his failure comply with the Court's order and failure to prosecute. (Doc. 30.) In the alternative, Plaintiff was directed to file his amended complaint. (*Id.* at 2.) The same day, Plaintiff timely responded by filing his First Amended Complaint and a response to the Court's order to show cause, apologizing to the Court for the delay in filing. (Docs. 31, 32.) Accordingly, the Court **ORDERS**: The order to show cause dated January 9, 2023 (Doc. 30) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**January 24, 2023**__                                     /s/ Jennifer L. Thurston
                                                                              UNITED STATES DISTRICT JUDGE

1